UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EGAL SHAHBAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANNA BUECHELER INV PARTNERSHIP; RALPHS GROCERY COMPANY; THE KROGER CO., AND DOES 1-100<br><br>　　　　Defendants. | Case No. CV 19-2753-GW-MAAx<br><br>Hon. George H. Wu<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　December 21, 2018<br>Trial Date:　　None Set |

1 | Pursuant to the parties' "Joint Stipulation for Dismissal with Prejudice," and good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed in its entirety with prejudice. Each party shall bear his or its own costs and attorney's fees.

**IT IS SO ORDERED**

Dated: October 18, 2019

_____
HON. GEORGE H. WU,
United States District Judge